United States District Court
Southern District of Texas
**ENTERED**
July 08, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION**

| | | |
|---|---|---|
| **RUBEN MURO MADERA,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 5:26-CV-01216** |
| | § | |
| **MARIO GARCIA, *et al.*,** | § | |
| | § | |
| **Respondents.** | § | |

## <u>ORDER</u>

Pending before the Court is Petitioner Ruben Muro Madera's ("Petitioner") Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241. (Dkt. 1.)

Having reviewed the Petition, Respondents are hereby **ORDERED** to show cause and submit a response to the habeas petition, (Dkt. 1), and serve it on Petitioner no later than **<u>July 15, 2026</u>**, which is between the three-to-twenty-day time period contemplated by 28 U.S.C. § 2243. The Court advises the Respondents that if no response is received, the Court may treat the petition as unopposed. Petitioner is **<u>ORDERED</u>** to submit a reply to Respondents' response on or before **<u>July 17, 2026</u>**.

The Clerk of Court is **DIRECTED** to e-mail a copy of Docket Entry No. 1, 2, and this Order to the following email addresses: usatxs.civilnotice@usdoj.gov and Lance.Duke@usdoj.gov.

Additionally, it is further **ORDERED** that Respondents must notify the Court of any anticipated or planned transfer or removal of Petitioner outside of the Southern District of Texas **<u>at least five (5) days beforehand</u>** and then inform the Court **IMMEDIATELY** after any transfer or removal occurs.

IT IS SO ORDERED.

SIGNED this July 8, 2026.

Diana Saldaña
United States District Judge